# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME LUEVANO,<br>Inmate No. 9340134,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　　Defendants. | Civil No.　08-1755 L (POR)<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILING TO MOVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a)** |

　　　Jaime Luevano ("Plaintiff"), a prisoner currently incarcerated at the El Paso Detention Facility located in El Paso, Texas, and proceeding pro se, has filed a civil rights Complaint pursuant to 42 U.S.C. § 1983.

## I.

### FAILURE TO PAY FILING FEE OR REQUEST IFP STATUS

　　　All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay this filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).

*See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Plaintiff has neither prepaid the $350 filing fee required to commence a civil action, nor has submitted a Motion to Proceed IFP.  Therefore, this case is subject to immediate dismissal pursuant to 28 U.S.C. § 1914(a).

## II.

### CONCLUSION AND ORDER

Accordingly, the Court hereby:

(1) **DISMISSES** this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. § 1914(a) and § 1915(a);

(2) **GRANTS** Plaintiff forty-five (45) days leave from the date of this Order to: (a) pay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to proceed IFP which includes a certified copy of his trust account statement, or his correctional institution's equivalent, for the 6-month period preceding the filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2) and S.D. CAL. CIVLR 3.2(b); and

3) **DIRECTS** the Clerk of the Court to provide Plaintiff with the Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*."  If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the enclosed Motion to Proceed IFP within 45 days, this action shall remain dismissed without prejudice and without further Order of the Court.

IT IS SO ORDERED.

DATED: October 14, 2008

M. James Lorenz
United States District Court Judge